UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM J. JOHNSTON,** | CASE NO.: F-05-126 REC DLB |
| Plaintiff, | **JOINT SETTLEMENT STATEMENT; STIPULATED REQUEST TO CONTINUE DATE TO FILE DISMISSAL DOCUMENTS** |
| v. | |
| **UNITED STATES OF AMERICA,** | |
| Defendant. | Action Filed:     January 19, 2005<br>Trial Date:        May 16, 2006 |
| | Settlement Conference Date:  November 28, 2005 |

Plaintiff William J. Johnston and Defendant United States of America, through their respective attorneys, submit the following:

1. On or about November 18, 2005, the parties entered into a settlement that will ultimately dispose of the above-captioned action in its entirety. On this same date, counsel for plaintiff caused the clerk of the court to be contacted regarding the settlement;

2. On November 18, 2005, the court issued a minute order vacating the trial and trial-related dates, and indicating that, because a settlement had been reached, the parties were to file dismissal documents on or before December 12, 2005;

////

PDF created with pdfFactory trial version www.pdffactory.com

3. Plaintiff's counsel understands that although a settlement has been reached it will take approximately 8 weeks from the present date to finalize the settlement, in light of certain administrative procedures and practices of the defendant.

4. Because of the intervening holiday season, and the administrative and procedural practices of the defendant, the parties respectfully request an extension of the time sufficient to finalize the settlement prior to filing any dismissal documents.

WHEREFORE, the parties respectfully request that the deadline for filing dismissal documents, currently set for December 12, 2005, be continued until February 10, 2006, or to a date that the court deems proper under the circumstances, to give the parties sufficient time to complete the acts necessary to finalize the settlement.

DATED: November 22, 2005                    DUCKOR SPRADLING METZGER & WYNNE
                                            A Law Corporation


                                            By: /s/ Robert M. Shaughnessy
                                                KEVIN M. BAGLEY
                                                ROBERT M. SHAUGHNESSY
                                                Attorneys for Plaintiff
                                                WILLIAM J. JOHNSTON

DATED: November 22, 2005                    UNITED STATES ATTORNEY


                                            By: /s/ Adam F. Hulbig
                                                ADAM F. HULBIG
                                                Trial Attorney, Tax Division
                                                U.S. Dept. of Justice
                                                P.O. Box 683 Ben Franklin Station
                                                Washington D.C., 20044-0683
                                                Attorneys for UNITED STATES OF AMERICA

Case No. F-05-126 REC DLB

DUCKOR SPRADLING METZGER & WYNNE

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

Having considered the joint settlement statement, and good cause being shown therefore, the stipulation is hereby GRANTED and the court directs that the deadline for filing dismissal documents be continued to _____February 10, 2006_____.

**IT IS SO ORDERED.**

Dated:  ____12/5/2005_____           /s/ ROBERT E. COYLE
                                       ROBERT E. COYLE
                                       United States District Judge

Duckor
Spradling
Metzger
& Wynne

Case No. F-05-126 REC DLB

PDF created with pdfFactory trial version www.pdffactory.com