UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM J. JOHNSTON,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**UNITED STATES OF AMERICA,**<br><br>　　　　Defendant. | CASE NO.: F-05-126 REC DLB<br><br>**STIPULATION AND PROPOSED ORDER FOR CONTINUANCE OF DATE TO FILE DISMISSAL DOCUMENTS**<br><br>Action Filed:　　　January 19, 2005 |

　　　　Plaintiff William J. Johnston and Defendant United States of America, through their respective attorneys, submit the following:

　　　　1. On or about November 18, 2005, the parties entered into a settlement that will ultimately dispose of the above-captioned action in its entirety. On this same date, counsel for plaintiff caused the clerk of the court to be contacted regarding the settlement;

　　　　2. On November 18, 2005, the court issued a minute order vacating the trial and trial-related dates, and indicating that, because a settlement had been reached, the parties were to file dismissal documents on or before December 12, 2005;

　　　　3. On December 5, 2005, in response to a joint settlement statement, the court entered a stipulated order continuing the date to file dismissal documents to

PDF created with pdfFactory trial version www.pdffactory.com

February 10, 2006;

4. On or about January 24, 2006, counsel for the United States was advised that additional time is required by the IRS to process the payment due to Plaintiff under the terms of the parties' settlement agreement.

WHEREFORE, the parties respectfully request that the deadline for filing dismissal documents, currently set for February 10, 2006, be continued to March 13, 2006, to give the parties sufficient time to complete the acts necessary to finalize the settlement.

DATED: January 27, 2006			DUCKOR SPRADLING METZGER & WYNNE
						A Law Corporation


						By: /s/Robert M. Shaughnessy
						     KEVIN M. BAGLEY
						     ROBERT M. SHAUGHNESSY
						     Attorneys for Plaintiff
						     WILLIAM J. JOHNSTON


DATED: January 27, 2006			McGREGOR W. SCOTT
						United States Attorney


						By: /s/Adam F. Hulbig
						     ADAM F. HULBIG
						     Trial Attorney, Tax Division
						     U.S. Dept. of Justice
						     P.O. Box 683 Ben Franklin Station
						     Washington D.C., 20044-0683
						     Attorneys for UNITED STATES OF AMERICA

**ORDER**

Having considered the above joint statement, and good cause being shown therefore, the stipulation is hereby GRANTED and the court directs that the deadline for filing dismissal documents be continued to _____March 13, 2006_____.

**IT IS SO ORDERED.**

Dated: _January 30, 2006_		___/s/ ROBERT E. COYLE_____
						Hon. ROBERT E. COYLE
						United States District Court Judge

Case No. F-05-126 REC DLB

PDF created with pdfFactory trial version www.pdffactory.com