IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. JOHNSTON, ) | No. CV-F-05-126 REC/DLB |
| ) | |
| ) | ORDER DISMISSING ACTION WITH PREJUDICE |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

Pursuant to the stipulation of the parties, the court hereby dismisses this action with prejudice, with each side to bear its own costs and attorney's fees. All dates scheduled in this matter are vacated.

IT IS SO ORDERED.

**Dated: March 14, 2006**           /s/ Robert E. Coyle
668554                              UNITED STATES DISTRICT JUDGE

1